IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT
OCT 22 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:10cr402 |
| | ) | |
| GLENN DUFFIE SHRIVER, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about October 2004, to on or about June 16, 2010, in the Eastern District of Virginia and elsewhere, defendant GLENN DUFFIE SHRIVER did unlawfully, knowingly, and willfully conspire with others, known and unknown, to obtain lawful possession of, access to, and control over documents and information relating to the national defense, which information the defendant would have reason to believe could be used to the injury of the United States and to the advantage of a foreign nation, and thereafter to communicate, deliver, and transmit said documents and information to a person not entitled to receive it.

(In violation of Title 18, United States Code, Sections 793(d) and (g).)

Neil H. MacBride
United States Attorney

By: _____
Stephen M. Campbell
Assistant United States Attorney

_____
Brandon L. Van Grack
Trial Attorney
U.S. Department of Justice