Date: 01-21-11        **SENTENCING**        Judge: O'GRADY
Time: 9:22 To 9:40                      Reporter: N. Linnell
                                                                             Interpreter: _____
                                                                             Language: _____

**UNITED STATES of AMERICA**

                                                                    Case Number: 1:10CR00402-001

V.

**GLENN DUFFIE SHRIVER**
Counsel/Govt: Stephen Campbell             Counsel/Deft: Claire Clark and Allen Dale
Court adopts PSI (X) : The court imposed a sentence above the guideline range pursuant to Rule 11(c)(1)C, whereby the parties have agreed that a sentence of 48 months is appropriate.

---

**SENTENCING GUIDELINES:**                          Court departs from Guidelines pursuant
Offense Level: 21                                          to:
Criminal History: I                                     ___ USSG 5H1.3 and 5H1.4
Imprisonment Range: 37 to 46 months          ___ USSG 5K1.1
Supervised Release Range: 2-3 years            ___ USSG 5K2.12
Fine Range: $ 7,500.00 to $ 750,000.00           ___ USSG 5C1.2
Restitution $ -0-                                               ___ Other: _____
Special Assessment $ 100    ( ) Satisfied      ( ) Unsatisfied, due immediately

**JUDGMENT OF THE COURT:**
BOP for 48 MONTHS, w/credit for time served
Supervised Release for 2 years with special conditions: (x)Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ _____ due immediately/ monthly installments of $_____ to begin w/in
_____ days of release from custody/imposition of sentence
(X) Fine/costs of incarceration waived

**SPECIAL CONDITIONS:**
____ Dft. shall maintain uniform good behavior.
_X_ Dft. to remain drug free, submit to In/Out patient testing as directed.
____ Dft. shall perform _____ of community service during the period of supervision as directed by the probation officer.
____ No new credit
_X_ Access to all financial records within 10 days of request as directed.
____ No purchases over $_____ without prior approval from the probation officer.
____ Pay restitution of _____ in monthly installments of $____ to begin upon release from custody as directed.
____ Drug testing waived
____ Home Confinement Program with electronic monitoring at defendant's expense, for a period of SIX (6) months as directed by the probation officer. During this time he will remain at his place of residence except for employment and other activities approved in advance by the probation officer.
____ Dft. must fully cooperate w/BICE in any deportation proceedings and, if deported, may not re-enter United States w/o permission.

**RECOMMENDATIONS to BOP:**
_X_ Dft. to be designated to: FCI Milan, Michigan, to be near family
____ Dft. to participate in 500 hrs Intensive Drug Treatment Program

**Defendant is remanded.**